IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES EUSSE, JR.,** | Case No. 2:25-cv-01162-DJC-AC |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT** |
| **v.** | |
| **D. COLLINS,** | |
| Defendant. | |

On February 17, 2026, Defendant moved to have this Court enforce the settlement agreement reached between the parties during the settlement conference on November 6, 2025. (ECF No. 19.)  Good cause appearing, Defendant's motion is **GRANTED**.  The settlement terms as placed on the record and memorialized in the settlement agreement attached to Defendant's motion are the terms of the settlement agreement and shall be enforced, including the requirement that Plaintiff sign a written settlement agreement containing the settlement terms and a payee data record.  Additionally, pursuant to the parties' agreement on the record, this matter is dismissed with prejudice.

   **IT IS SO ORDERED.**

Dated:  February 18, 2026

allison Claire
_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1